UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| LARENE D. GRONDAHL, ) )     Plaintiff, ) ) v. ) ) HARTFORD LIFE AND ) ACCIDENT INSURANCE ) COMPANY, ) )     Defendant. ) _____ ) | Civ. 12-5002 |

### Consent Motion to Dismiss With Prejudice

The parties have settled this case. Accordingly, plaintiff moves to dismiss with prejudice, each side to bear its own costs and attorney fees. Defendant does not oppose this motion.

Dated: May 29, 2012     /s/ James D. Leach
                                      James D. Leach
                                      Attorney at Law
                                      1617 Sheridan Lake Rd.
                                      Rapid City, SD 57702
                                      (605) 341-4400 tel
                                      (605) 341-0716 fax

jim@southdakotajustice.com
Attorney for Plaintiff

Certificate of Service

I certify that I served this document on defendants on May 29, 2012, by filing it electronically with the clerk, thereby causing automatic electronic service to be made on all counsel of record.

/s/ James D. Leach
James D. Leach