UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| LARENE D. GRONDAHL, | ) | CIV. 12-5002-JLV |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to plaintiff's unopposed consent to dismiss (Docket 12), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and without costs and attorneys' fees to either party.

Dated May 29, 2012.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE